# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| SEAN LOMAX,<br><br>          Petitioner<br><br>        v.<br><br>ALEX DESANTIS, IN HIS PERSONAL CAPACITY, CITY OF PHILADELPHIA OFFICE OF THE INSPECTOR GENERAL AND NICOLE HARRINGTON, IN HER PERSONAL CAPACITY, CITY OF PHILADELPHIA OFFICE OF THE INSPECTOR GENERAL AND ANTHONY ERACE, IN HIS PERSONAL CAPACITY, CITY OF PHILADELPHIA OFFICE OF THE INSPECTOR GENERAL AND DELORES DAVIS, IN HER PERSONAL CAPACITY, CITY OF PHILADELPHIA DEPARTMENT OF REVENUE,<br><br>          Respondents | No. 269 EAL 2021<br><br>Petition for Allowance of Appeal from the Order of the Commonwealth Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of November, 2021, the Petition for Allowance of Appeal is **DENIED**.